AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

OMAR GONZALEZ

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 05-M-0409-RBC

I, OMAR GONZALEZ, charged in a ☑ complaint ☐ petition pending in this District alleging importation of cocaine in violation of 21, U.S.C., 952,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☑ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☑ examination ☐ hearing.

MAR - 2 2005
Date

X _Omar Gonzalez_
Defendant

_John Wall_
Counsel for Defendant